CLARKSON v. VAN ANTWERP et al.

No. 33163.   Oct. 26, 1948.

*200 P. 2d 442.*

Spillers, Spillers & Voorhees, of Tulsa, for plaintiff in error.

S. J. Clendinning, of Tulsa, for defendants in error.

DAVISON, V.C.J.   This is a companion case to that of Fite v. Van Antwerp, 201 Okla. 26, 200 P. 2d 439.

By stipulation of the parties the decision in that case is determinative of the questions herein.

The judgment of the trial court is, therefore, affirmed.

HURST, C. J., and RILEY, BAYLESS, WELCH, CORN, GIBSON, and LUTTRELL, JJ., concur. ARNOLD, J., dissents.